# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------------x
REBECCA MARGOLIES,

                                 Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL.,

                                 Defendants.
-----------------------------------------------------------------------x

Index No. # 811893/2021E

Law Dep't No.: 2021-001802

**CONSENT TO REMOVAL**

**TERRANCE MONAHAN**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:    New York, New York

December 13, 2021

                                                                      **TERRANCE MONAHAN**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------x
REBECCA MARGOLIES,

                              Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL.,

                              Defendants.
------------------------------------------------------------------------x

Index No. # 811893/2021E

Law Dep't No.: 2021-001802

**CONSENT TO REMOVAL**

**POLICE OFFICER BRIAN DESTEFANO**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:     New York, New York

             December 9, 2021

                                                                     PO BRIAN DESTEFANO