

**HON. SILVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ANDREW OWEN**
*Senior Counsel*
Cell: (646) 455-7671
aowen@law.nyc.gov

March 7, 2022

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED.
SO ORDERED.
Dated:  3/8/2022

P. Kevin Castel
United States District Judge

Re: Rebecca Margolies v. The City of New York, et al., 21-CV-10839 (PKC)

Your Honor:

I am a Senior Counsel in the Tort Division of the New York City Law Department and one of the attorneys assigned to the defense of this case. [I write to respectfully request to be terminated from the docket as counsel for defendants City of New York, Mayor Bill De Blasio and Commissioner Dermot Shea. ]The reason for this request is that, upon removal to federal court, the matter was transferred to the Special Federal Litigation Division.  Peter Brocker, assigned to the defense of this case, will continue in their capacity as counsel of record.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Andrew Owen*

Andrew Owen
Senior Counsel

**BY ECF**
cc:    All counsel of record