

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T̲HE C̲ITY OF N̲EW Y̲ORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **ANDREA OSGOOD**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2424<br>fax: (212) 356-3509<br>aosgood@law.nyc.gov |

May 27, 2022

**BY ECF**
Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>Rebecca Margolies v. City of New York, et al.</u>, 21 Civ. 10839 (PKC)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York. I write on behalf of defendants City of New York ("City"), Bill de Blasio, Dermot Shea, and Terence Monahan to respectfully request (1) that the Court grant defendants a two-week enlargement of time, from May 31, 2022 to June 14, 2022 to answer or otherwise respond to the Second Amended Complaint; and (2) adjourn the Initial Conference, currently scheduled for June 17, 2022 at 10:30 AM by two weeks, to July 1, 2022 or a date thereafter convenient for the Court. This is defendants' first request for an enlargement of time to respond to the Second Amended Complaint and for an adjournment of the Initial Conference. This request is made with plaintiff's consent.

  The above-referenced matter was transferred to the undersigned earlier today and a brief, two-week enlargement of time is needed for defendants' to answer or otherwise respond to the Second Amended Complaint and for the undersigned get up to speed on the case in advance of the Initial Conference. Accordingly, defendants respectfully request that the Court (1) grant defendants a two-week enlargement of time, from May 31, 2022 to June 14, 2022 to respond to the complaint; and (2) adjourn the Initial Conference currently scheduled for June 17, 2022 at 10:30 AM to July 1, 2022 or a date thereafter convenient to the Court.

Thank you for your consideration herein.

                                                      Respectfully submitted,

                                                      /s/ *Andrea Osgood*

                                                      Andrea Osgood
                                                      Assistant Corporation Counsel

cc: **VIA ECF**
    All counsel of record