

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ANDREA OSGOOD**
*Assistant Corporation Counsel*
phone: (212) 356-2424
fax: (212) 356-3509
aosgood@law.nyc.gov

June 23, 2022

**BY ECF**
Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.
SO ORDERED.
6/24/2022

_____
P. Kevin Castel
United States District Judge

Re:  Rebecca Margolies v. City of New York, et al., 21 Civ. 10839 (PKC)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York. I write on behalf of defendants City of New York ("City"), Bill de Blasio, Dermot Shea, and Terence Monahan to respectfully request that the Court grant the parties an enlargement of time from Friday, June 24, 2022 until Tuesday, June 28, 2022 to file their joint letter and proposed Civil Case Management Plan & Scheduling Order in advance of the July 1, 2022 Initial Conference. The undersigned emailed plaintiff's counsel, J. Remy Green, but has been unable to obtain plaintiff's position on this request.

Earlier today, Mx. Green brought to the undersigned's attention that, pursuant to the Court's January 7, 2022 Order (ECF No. 8), the parties must submit a joint letter to the Court five business days in advance of the Initial Conference, which is Friday, June 24, 2022. However, the undersigned will be out of the office on June 24 and will be unable to meet this deadline. Accordingly, defendants respectfully request that the Court grant the parties an extension until Tuesday, June 28 to file their joint letter and proposed Civil Case Management Plan & Scheduling Order.

2

        Defendants apologize to the Court for any inconvenience caused by this request. Thank you for your consideration herein.

        Respectfully submitted,

        /s/ *Andrea Osgood*

        Andrea Osgood
        Assistant Corporation Counsel

cc: **VIA ECF**
    All counsel of record