

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **ANDREA OSGOOD**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2424<br>fax: (212) 356-3509<br>aosgood@law.nyc.gov |

July 19, 2022

**BY ECF**
Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:   Rebecca Margolies v. City of New York, et al., 21 Civ. 10839 (PKC)

Your Honor:

          I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York. I write on behalf of defendants City of New York ("City"), Bill de Blasio, Dermot Shea, and Terence Monahan to respectfully request that the Court grant defendants a two-week enlargement of time, from July 19, 2022 to August 2, 2022, to file an answer to the Second Amended Complaint. This is defendants' third request for an enlargement of time to respond to the Second Amended Complaint[1] and this request will not affect any other scheduled dates or deadlines. Plaintiff consents to this request.

          By way of relevant background, defendants had planned on filing a motion to dismiss the Second Amended Complaint, which was discussed at length at the July 1, 2022 Initial Conference. Since the Initial Conference, defendants have decided against filing said motion and will instead answer the Second Amended Complaint. However, defendants need an additional two weeks to do so. This is because the undersigned was recently assigned as one of the attorneys to handle the trial of Ricard Rosario v. City of New York, et al., 18 Civ. 4023, before the Honorable Lorna G. Schofield in the Southern District, which is scheduled to begin on July 25, 2022.

---

[1] At the July 1, 2022 Initial Conference, Your Honor sua sponte enlarged defendants' time to file their anticipated motion to dismiss from July 5, 2022 to July 19, 2022.

Accordingly, defendants request a two-week enlargement of time to file their answer to the Second Amended Complaint. Thank you for your consideration herein.

Respectfully submitted,

/s/ *Andrea Osgood*

Andrea Osgood
Assistant Corporation Counsel

cc: **VIA ECF**
   All counsel of record