

**BY REGULAR MAIL AND E-MAIL**
Andrea Osgood, Esq.
Assistant Corporation Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street, Room 3-186
New York, NY 10007

  Re: *Rebecca Margolies v. City of New York, et al.* – 21-cv-10839 (PKC)

Counsel:

  I write to inform you that Plaintiff in the above-captioned matter hereby accepts Defendants' Rule 68 Offer of Judgment dated September 14, 2022, a copy of which is attached.

  I will contact you separately regarding the outstanding claims for attorney's fees and costs to see if we can reach a stipulation that would avoid the need for a formal application to the Court.

  Thank you for your consideration in this matter.

            Yours,

            /s/
            _____
            J. Remy Green
            Cohen&Green P.L.L.C.
            1639 Centre St., Suite 216
            Ridgewood, New York 11385