UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
REBECCA MARGOLIES,

                           Plaintiff,

    -against-

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD OFFICER FIRST NAME UNKNOWN (FNU) DESTEFANO; and NYPD MEMBERS JOHN AND JANE DOES 1-29,

                           Defendants.
-------------------------------------------------------------------X

**DECLARATION OF SERVICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

21-cv-10839 (PKC)

J. REMY GREEN hereby declares under penalties of perjury:

I am over 18 years of age and not a party to this action.

On September 19, 2022, I served upon the Defendants the attached September 19, 2022 letter accepting Defendants' Rule 68 Offer of Judgment dated September 14, 2022 by (1) depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the official depository maintained and exclusively controlled by the United States directed to Andrea Osgood, Esq., Assistant Corporation Counsel, New York City Law Department, 100 Church Street, New York, New York, 10007; and (2) e-mailing the same to opposing counsel Andrea Osgood, Esq.

Dated:  Brooklyn, New York
          September 19, 2022

                                                              /s/
                                                    _____
                                                    J. Remy Green, Esq.