UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
REBECCA MARGOLIES,

                        Plaintiff,                        21 Civ. 10839 (PKC)

          -against-                                      ORDER

THE CITY OF NEW YORK; MAYOR BILL DE
BLASIO; NEW YORK CITY POLICE DEPARTMENT
("NYPD") COMMISSIONER DERMOT SHEA; NYPD
CHIEF OF DEPARTMENT TERENCE MONAHAN;
NYPD OFFICER FIRST NAME UNKNOWN (FNU)
DESTEFANO; and NYPD MEMBERS JOHN AND
JANE DOES 1-29,

                        Defendants.
-----------------------------------------------------------------------X
CASTEL, U.S.D.J.

        The November 4 conference is VACATED. Unless the parties have resolved the issue of attorney's fees and costs prior thereto, plaintiff shall file her application for attorneys' fees and costs within 30 days of this Order. Defendants may respond 21 days thereafter and plaintiff reply 14 days following defendants' response.

        SO ORDERED.

                                                              P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
        October 27, 2022